UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                          Plaintiff,                22-cv-1624 (JGK)

           - against -                              ORDER

JOHN DOE subscriber assigned IP
address 74.71.173.169,

                          Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff should submit a letter regarding the status of

this case by May 26, 2022. The conference scheduled for May 26,

2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
          May 18, 2022

                                   John G. Koeltl
                             United States District Judge